**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 1:02CR00028-001** |
| | ) | |
| **Benjamin Valera** | ) | |

**ORDER TO TERMINATE SUPERVISED RELEASE**

**THIS CAUSE** having come before the Honorable Ernest C. Torres, Chief U.S. District Judge, upon the petition of Supervising U.S. Probation Officer Kurt E. O'Sullivan, for an order to terminate the defendant's remaining portion of his five-year period of supervised release,

**WHEREAS** the defendant's term of supervision commenced on August 13, 2002, and he has complied with the rules and regulations of his supervised release, it is hereby

**ORDERED** that the defendant's supervised release terminate at this time.

**ENTERED** as an order of this Honorable Court the 24th day of May, 2006.

ENTER:

Ernest C. Torres

Ernest C. Torres
Chief U.S. District Judge

PER ORDER:

Deputy Clerk